# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CARLENE BLAIR, by her mother and natural guardian, Paula Robertson,

        Plaintiff,

- against -

THE CITY OF NEW YORK, ANDREA LEWIS and DARRIN DANGLADE, employees of the City of New York,

        Defendants.

**08 CIV 4905**

**SUMMONS IN A CIVIL CASE**

*JUDGE SWEET*

To: THE CITY OF NEW YORK, 100 Church Street, New York, New York 10007;
ANDREA LEWIS, 561 Grand Avenue, Brooklyn, New York 11238
DARRIN DANGLADE, 77th Precinct, 127 Utica Avenue, Brooklyn, New York 11213

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

MATTHEW FLAMM, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

MAY 28 2008
DATE

DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: May 30, 2008 |
| NAME OF SERVER (PRINT): Jessica Acosta | TITLE: Legal Assistant |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: City of New York, NYC Law Dept, 100 Church Street, New York, New York

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4.00 | $25.00 | $29.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 30, 2008

Signature of Server: Jessica Acosta

Address of Server: 26 Court St., Bklyn, NY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.