UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CARLENE BLAIR, by her mother and natural
guardian, Paula Robertson,

          Plaintiff,

  - against -

THE CITY OF NEW YORK, ANDREA LEWIS
and DARRIN DANGLADE, employees of the
City of New York,

          Defendants.

AFFIDAVIT OF SERVICE
08 CV 4905 (RWS)(JCF)

------------------------------------------------------------x

STATE OF NEW YORK    )
                           : SS. :
COUNTY OF KINGS     )

      JESSICA ACOSTA, being duly sworn deposes and says:

      That on May 30, 2008, I served the COMPLAINT upon Michael Cardozo, Assistant Corporation Counsel and attorney for defendant City of New York, at 100 Church Street, New York, New York, that being the address within the State theretofore designated for that purpose, by personally delivering a copy thereto as evidenced by the date/time stamp appearing on the first page of the Complaint.

                                          _____
                                          JESSICA ACOSTA

Sworn to before me this
30th day of May, 2008

_____
Matthew Flamm
Notary Public State of New York
Registration No. 02FL4994806
Qualified in Kings County
Commission Expires 6/9/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CARLENE BLAIR, by her mother and natural
guardian, Paula Robertson,

                Plaintiff,

    - against -

THE CITY OF NEW YORK, ANDREA LEWIS
and DARRIN DANGLADE, employees of the
City of New York,

                Defendants.

------------------------------------------------------------x

COMPLAINT

**Jury Trial Demanded**



Carlene Blair, by her mother and natural guardian, Paula Robertson, by their attorney, Matthew Flamm, alleges the following upon information and belief as her Complaint:

### Nature of the Action

1.     This civil rights action arises from the October 16, 2007 arrest of Carlene Blair. Plaintiff seeks declaratory relief pursuant to 28 U.S.C. §2201 as well as compensatory and punitive damages for violation of his civil rights under 42 U.S.C. §1983.

### Jurisdiction and Venue

2.     This action arises under the United States Constitution and 42 U.S.C. §1983. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and §1343(3). Plaintiff asserts jurisdiction over the City of New York under 28 U.S.C. §1367. Plaintiff requests that this Court exercise pendent jurisdiction over those state law claims arising out of the same common nucleus of operative facts as do plaintiff's federal claims.

3.     Under 28 U.S.C. §1391(b) and (c), venue is proper in the Southern District of New York because defendant City of New York resides in that judicial District.