UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CARLENE BLAIR, by her mother and natural
guardian, Paula Robertson,

                Plaintiff,

- against -

THE CITY OF NEW YORK, ANDREA LEWIS
and DARRIN DANGLADE, employees of the
City of New York,

                Defendants.

----------------------------------------------------------------x

CERTIFICATE OF SERVICE
08 CV 4905 (RWS)(JCF)

STATE OF NEW YORK   )
                            : SS. :
COUNTY OF KINGS     )

      MATTHEW FLAMM, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

      That on May 29, 2008, I served the COMPLAINT together with a NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS upon defendant Darrin Danglade, New York City Police Department, 77th Precinct, 127 Utica Avenue, Brooklyn, New York 11213 that being the employment address and the address within the State theretofore designated for that purpose, by enclosing same in a prepaid wrapper in a post office box situated at 26 Court Street, Brooklyn, New York, regularly maintained by the Government of the United States in said City as evidenced by the attached executed Waiver of Service.

                                                         _____
                                                         Matthew Flamm

## Waiver of Service of Summons

TO: Matthew Flamm
26 Court Street, Suite 600
Brooklyn, New York 11242

I acknowledge receipt of your request that I waive service of summons in the action of Blair v. City of New York and Others, which is case number 08-CV- 4905 in the United States District Court for the Southern District of New York for the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after May 29, 2008.

07-17-08
Date

P.O. _____
Signature

Printed/typed name: DANGLADE. D